| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 14 mins | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Ivy L. Garcia | REPORTER/FTR<br>FTR 10:43 - 10:57 | |
| MAGISTRATE JUDGE<br>DONNA M. RYU | DATE<br>8/25/2010 | NEW CASE ☐ | CASE NUMBER<br>C-06-6003-CW<br>CR-09-00504-CW |

| APPEARANCES | | | | |
|---|---|---|---|---|
| DEFENDANT<br>SHOLEH A. HAMEDANI<br>NASSER V. HAMEDANI | AGE | CUST<br>NO<br>NO | P/NP<br>NP<br>NP | ATTORNEY FOR DEFENDANT<br>John Paul Reichmuth/Ellen Leonida<br>Randy Sue Pollock    PD.☐ RET.☐<br>APPT.☐ |
| U.S. ATTORNEY<br>Timothy Lucey | | INTERPRETER<br>None | FIN. AFFT SUBMITTED ☐ | COUNSEL APPT'D ☐ |
| PROBATION OFFICER<br>None | PRETRIAL SERVICES OFFICER<br>Tim Elder | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | |
|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☒ STATUS HELD 4 mins |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☒ OTHER TRIAL SETTING HELD 10 mins |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

FILED
AUG 25 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| INITIAL APPEARANCE | | | |
|---|---|---|---|
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

| RELEASE | | | |
|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES |
| ☐ PASSPORT SURRENDERED DATE: | | | |

| PROPERTY TO BE POSTED<br>☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO:<br>4/4/2011 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ STATUS / TRIAL SET |
| AT:<br>10:00 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>OAKLAND GEN. DUTY MAGISTRATE JUDGE | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED FROM 8/25/10 TO 10/17/11 FROM SPEEDY TRIAL ACT DEADLINE FOR COMPLEXITY OF CASE, EFFECTIVE PREP. & CONTINUITY OF COUNSEL | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

ADDITIONAL PROCEEDINGS

Case also set bef. Judge C. Wilken on 9/7/2011 at 2:30 p.m. for Pret. Conf. & 10/17/2011 at 8:30 a.m. for Jury Trial (estimated for 4 weeks or more).
Both defts. were not present. Both defts. were agreeable to sign a waiver of their appearance from today's hrg. & exclusion of time from the Speedy Trial Act. Court asked the Clerk to check with Judge Wilken if all dates set are agreeable to her & Clerk must let the govt's atty. know so he can submit to the Court ASAP a waiver of appearance & exclusion of time from the Speedy Trial Act.          cc: DMR's Stats, Nikki, Lashanda

DOCUMENT NUMBER: