RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile: (510) 272-0711

Attorney for Defendant
NASSER V. HAMEDANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–oOo–

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 09-0504-CW (LB) |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER AND STIPULATION TO ADVANCE DATE FOR STATUS HEARING** |
| NASSER V. HAMEDANI, et al, | _____ |
| Defendants. | |

Defendant Nasser Hamedani, by and through his counsel of record Randy Sue Pollock, and Sholeh Hamedani, by and through her counsel of record John Paul Reichmuth and Ellen Leonida, and Assistant United States Attorney Timothy Lucey hereby request that the status conference presently set for April 4, 2011 at 10 a.m. be reset to Wednesday, March 2, 2011 at 9:30 a.m.

///
///
///
///
///

This request is made as counsel for Mr. Hamedani is set to commence a lengthy RICO trial before Judge Alsup on March 7, 2011 (*United States vs. Cerna*, et al, CR. 08-730-WHA) and all of the dates previously set in this case must be changed to accommodate her schedule.

Date: February 13, 2011

                                          /s/
JOHN PAUL REICHMUTH
ELLEN LEONIDA
Counsel for Sholeh Hamedani

Date: February 13, 2011

                                          /s/
RANDY SUE POLLOCK
Counsel for Nasser Hamedani

Date: February 13, 2011

                                          /s/
TIMOTHY LUCEY
Assistant United States Attorney

SO ORDERED: February 17, 2011

                                          
United States Magistrate Judge