RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile: (510) 272-0711

Attorney for Defendant
NASSER V. HAMEDANI

FILED

AUG 29 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—ooo—

| UNITED STATES OF AMERICA, | CR. No. 09-0504-CW (LB) |
|---|---|
| Plaintiff, | |
| vs. | [PROPOSED] ORDER AND STIPULATION TO PERMIT EXTENSION OF DATE FOR SELF-SURRENDER TO BOP |
| NASSER V. HAMEDANI, et al, | |
| Defendants. | |

Defendant Nasser Hamedani, by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Timothy Lucey hereby requests that Mr. Hamedani be granted permission a stay on surrendering to FCI Terminal Island from September 4, 2012 to October 4, 2012. The extension is to allow him to attend an informational seminar conducted by Pretrial Services entitled "Keys to Success: Understanding the Federal Criminal Justice System Informational Seminar" on September 7th.

///

///

///

Additionally, Mr. Hamedani is being tested for and being fit for a hearing aid and has upcoming medical appointments to attend to.

U.S. Pretrial Service Officer Richelle Bracamonte has no objection to this extension .

Date: August 27, 2012            /s/
RANDY SUE POLLOCK
Counsel for Nasser Hamedani

Date: August 27, 2012            /s/
TIMOTHY LUCEY
Assistant United States Attorney

SO ORDERED:

United States Magistrate Judge